3/06/25 8:49AM

| Fill in this information to identify the case: |
| --- |

Debtor name     **DVKOCR Tigard, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **25-30486-pcm11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $    **39,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................    $    **305,817.13**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................    $    **39,305,817.13**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $   **24,191,268.55**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   **6,270,074.35**

4.    **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b      $   **30,461,342.90**

**Fill in this information to identify the case:**

Debtor name    **DVKOCR Tigard, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30486-pcm11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo Bank - Hilton Advanced Deposits** | **Checking** | **7705** | **$40,218.84** |
| 3.2. | **Chase Bank** | **Checking** | **0811** | **$762.86** |
| 3.3. | **Wells Fargo Bank - Operating** | **Checking** | **0342** | **$247,408.63** |
| 3.4. | **Wells Fargo - Property Check Account (COD)** | **Checking** | **0334** | **$6,155.80** |
| 3.5. | **Wells Fargo - DACA** | **Checking** | **7697** | **$5,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$299,546.13**

**Part 2:**    **Deposits and Prepayments**

Debtor    **DVKOCR Tigard, LLC**
_____          Case number *(If known)* **25-30486-pcm11**
Name

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **1,307.00**      -          **0.00**  = ....          **$1,307.00**
                                   face amount            doubtful or uncollectible accounts

11a. 90 days old or less:          **4,964.00**      -          **0.00**  = ....          **$4,964.00**
                                   face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                               **$6,271.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Hotel Furniture (value included in valuation of**<br>**Real Property)** | **Unknown** | **Appraisal** | **Unknown** |

Debtor    **DVKOCR Tigard, LLC**
_____    Case number *(If known)* **25-30486-pcm11**
Name

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**Hotel Fixtures (value included in valuation of**<br>**Real Property)** | **Unknown** | **Appraisal** | **Unknown** |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Computers, Washers, Dryers, Etc (value**<br>**included in valuation of Real Property)** | **Unknown** | **Appraisal** | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles<br>42.1.  **Art work, silverware, etc. (value**<br>**included in valuation of Real Property)** | **Unknown** | **Appraisal** | **Unknown** |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **152 room Hotel**<br>**Property located at**<br>**11799 SW 69th Ave,**<br>**Tigard, OR (Hampton**<br>**Inn and Suites**<br>**Tigard)** | | **$0.00** | **N/A** | **$39,000,000.00** |

Debtor   **DVKOCR Tigard, LLC**                          Case number *(If known)* **25-30486-pcm11**
_____
Name

56.     **Total of Part 9.**                                                          | $39,000,000.00 |

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

| Debtor | DVKOCR Tigard, LLC | Case number (If known) | 25-30486-pcm11 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $299,546.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,271.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $39,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $305,817.13 | + 91b. $39,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $39,305,817.13 |

**Fill in this information to identify the case:**

Debtor name __**DVKOCR Tigard, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) __**25-30486-pcm11**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **C T Corporation System as representative**
Creditor's Name

re: UCC 92608981
**330 N. Brand Blvd, Ste 700
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2566150**

**Describe the lien**
**Unknown**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Unknown | Unknown |
|---|---|

Date debt was incurred
**10/29/20**
Last 4 digits of account number
**8981**
Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **C T Corporation System as representative**
Creditor's Name

re: UCC 92712457
**330 N. Brand Blvd, Ste 700
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2582995**

**Describe the lien**
**Unknown**
Is the creditor an insider or related party?

■ No
☐ Yes

| Unknown | Unknown |
|---|---|

3/06/25  8:49AM

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**2/17/21**
**Last 4 digits of account number**
**2457**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **L-O Tigard Finance, LLC** |
|---|---|

Creditor's Name

**11755 Wilshire Blvd Ste 900**
**Los Angeles, CA 90025**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Washington County Property Taxes**
**2. Washington County Property Taxes**
**3. L-O Tigard Finance, LLC**
**4. Tualatin Valley Water District**
**5. ODR**

**Describe debtor's property that is subject to a lien**
**152 room Hotel Property located at 11799 SW 69th Ave, Tigard, OR (Hampton Inn and Suites Tigard) UCC #91750355 - all assets of Debtor,now owned or acquired and all proceeds and products thereof**

**Describe the lien**
**1st Trust Deed**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,800,000.00    $39,000,000.00

---

| 2.4 | **ODR** |
|---|---|

Creditor's Name

**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301-2553**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/12/24**
**Last 4 digits of account number**
**7375**

**Describe debtor's property that is subject to a lien**
**152 room Hotel Property located at 11799 SW 69th Ave, Tigard, OR (Hampton Inn and Suites Tigard)**

**Describe the lien**
**Distraint Warrant**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$54,896.33    $39,000,000.00

---

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Tualatin Valley Water District** | Describe debtor's property that is subject to a lien | $281,927.00 | $39,000,000.00 |
| | Creditor's Name | **152 room Hotel Property located at 11799 SW 69th Ave, Tigard, OR (Hampton Inn and Suites Tigard)** | | |
| | **Tom Hickmann, CEO 1850 SW 170th Ave Beaverton, OR 97006** | | | |
| | Creditor's mailing address | Describe the lien | | |

**System Development Charge Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **Washington County Property Taxes** | Describe debtor's property that is subject to a lien | $27,417.13 | $39,000,000.00 |
| | Creditor's Name | **152 room Hotel Property located at 11799 SW 69th Ave, Tigard, OR (Hampton Inn and Suites Tigard)** | | |
| | **155 N. First Ave., Ste. 130 MS 8 Hillsboro, OR 97124** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6023**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.7 | **Washington County Property Taxes** | Describe debtor's property that is subject to a lien | $27,028.09 | $39,000,000.00 |

---

3/06/25 8:49AM

Debtor     **DVKOCR Tigard, LLC**
_____
Name                                                    Case number (if known)     **25-30486-pcm11**

Creditor's Name
_____
**155 N. First Ave., Ste. 130
MS 8
Hillsboro, OR 97124**
_____
Creditor's mailing address

**152 room Hotel Property located at 11799 SW 69th Ave, Tigard, OR (Hampton Inn and Suites Tigard)**
_____

Describe the lien
**Personal Property Taxes**
_____
Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0830**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**
_____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $24,191,268.55 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **L-O Tigard Finance, LLC
c/o Corporation Service Company, R.A.
251 Little Falls Dr.
Wilmington, DE 19808** | Line __2.3__ | |
| **L-O Tigard Finance, LLC
Attn: Chris Miller & Russell Munn
11777 San Vicente Vlvd Ste 900
Los Angeles, CA 90049** | Line __2.3__ | |
| **Seyfarth Shaw LLP
Attn: Morgan Jones & Amadeo Cantu
560 Mission St, 31st Fl
San Francisco, CA 94105** | Line __2.3__ | |
| **Washington County Dept of
Assessment & Taxation
c/o Ellen Rosenblum, Atty General
1162 Court St, NE
Salem, OR 97301** | Line __2.6__ | |

3/06/25  8:49AM

| Fill in this information to identify the case: |
|---|
| Debtor name **DVKOCR Tigard, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF OREGON |
| Case number (if known)   **25-30486-pcm11** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City Of Tigard**<br>**13125 SW Hall BLVD**<br>**Tigard, OR 97223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**TLT Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8 | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**Attn: Attorney General of United States**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8 | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

29819

3/06/25  8:49AM

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|

Name

---

**2.3**

Priority creditor's name and mailing address

**IRS**
**Attn: Civil Process Clerk**
**U.S. Attorney, District of Oregon**
**1000 SW 3rd, #600**
**Portland, OR 97204-2936**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**          **$0.00**

---

**2.4**

Priority creditor's name and mailing address

**IRS**
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**          **$0.00**

---

**2.5**

Priority creditor's name and mailing address

**ODR**
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**          **$0.00**

---

**2.6**

Priority creditor's name and mailing address

**ODR**
**c/o Ellen Rosenblum, Attorney**
**General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**          **$0.00**

---

3/06/25  8:49AM

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Oregon**
**Employment Dept.**
**875 Union Street NE**
**Salem, OR 97311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precauationary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Oregon**
**Dept of Consumer & Business**
**Svcs**
**PO Box 14480**
**Salem, OR 97309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Washington County Finance Dept**
**155 N 1st Ave, Ste 270 MS 25**
**Hillsboro, OR 97124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TLT Taxes - Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Alkesh Patel**
**511 NE 138th Ave**
**Vancouver, WA 04177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|

**Bhavesh Desai**
**13006 NE 62nd Ave.**
**Vancouver, WA 98686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

3/06/25  8:49AM

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Carver & Assoc**
**4177 Northeast Expressway**
**Atlanta, GA 30340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$520,589.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note for the sale of furniture, fixtures, equipment and other goods**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**City Of Tigard**
**13125 SW Hall BLVD**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$5,350.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Cosgrave Vergeer Kester LLP**
**900 SW Fifth Ave, 24th Fl**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$389,926.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NEW CREDITOR - TO BE ADDED BY AMENDMENT Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Devang Patel**
**481 Schindler Dr.**
**Yardly, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Divyesh Desai**
**7221 SE Middle Way**
**Vancouver, WA 98664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$140,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Divyesh Desai**
**7221 SE Middle Way**
**Vancouver, WA 98664**

Date(s) debt was incurred _

Last 4 digits of account number  **2073**

As of the petition filing date, the claim is: *Check all that apply.*       **$8,856.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement of Credit Card Charges**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Evergreen Hospitality Development Group**
**12330 SE 5th St - 3rd Floor**
**Vancouver, WA 98683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       **$27,437.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3/06/25  8:49AM

Debtor    **DVKOCR Tigard, LLC**

Name

Case number (if known)    **25-30486-pcm11**

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,507,985.00 |
|---|---|---|---|
| | **Evergreen Hospitality Development Group** | ☐ Contingent | |
| | **12330 SE 5th St - 3rd Floor** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110,472.99 |
|---|---|---|---|
| | **Evergreen Hospitality Development Group** | ☐ Contingent | |
| | **12330 SE 5th St - 3rd Floor** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Reimbursement of Credit Card Charges__ | |
| | Last 4 digits of account number __1005__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,785.00 |
|---|---|---|---|
| | **Evergreen Hospitality Development Group** | ☐ Contingent | |
| | **12330 SE 5th St - 3rd Floor** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Reimbursement of Credit Card Charges__ | |
| | Last 4 digits of account number __9172__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,785.00 |
|---|---|---|---|
| | **Evergreen Hospitality Development Group** | ☐ Contingent | |
| | **12330 SE 5th St - 3rd Floor** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Reimbursement of Credit Card Charges__ | |
| | Last 4 digits of account number __0461__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,991.71 |
|---|---|---|---|
| | **Evergreen Hospitality Development Group** | ☐ Contingent | |
| | **12330 SE 5th St - 3rd Floor** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Reimbursement of Credit Card Charges__ | |
| | Last 4 digits of account number __3991__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Harjinger Singh Chand** | ☐ Contingent | |
| | **16213 NE 137th Ave** | ☐ Unliquidated | |
| | **Brush Prairie, WA 98606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,728.68 |
|---|---|---|---|
| | **Hd Supply Facilities Maintenance** | ☐ Contingent | |
| | **PO BOX 509058** | ☐ Unliquidated | |
| | **San Diego, CA 92150-9058** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplier__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

3/06/25 8:49AM

| Debtor | DVKOCR Tigard, LLC | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,089,430.15**

**Hill Archictect**
**1750 Blankenship Rd, Ste 400**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **NEW CREDITOR - TO BE ADDED BY AMENDMENT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,316.85**

**Hilton Franchise Holding LLC**
**4649 Paysphere CIR**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Franchise Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

**Hiren Patel**
**7622 SE 82nd Ave.**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Jigar Patel**
**2434 Eudora Way**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,726.16**

**Jigar Patel**
**2434 Eudora Way**
**duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **4009**

Basis for the claim: **Reimbursement of Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**K&D Hotels**
**7622 SE 82nd Ave.**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Lileni Lopez**
**15820 SE Alder St.**
**Portland, OR 97233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

3/06/25 8:49AM

| Debtor | **DVKOCR Tigard, LLC** | Case number (*if known*) | **25-30486-pcm11** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Nihal Desai**
**154 Helton Lane**
**Fort Mill, SC 29708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$206,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Pride Disposal Company**
**P.O. BOX 820**
**Sherwood, OR 97140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,292.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**Purvi Desai LOC**
**7221 SE Middle Way**
**Vancouver, WA 98664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$75,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**Quore Llc**
**PO BOX 6843**
**Carol Stream, IL 60197-6843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$229.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Rajesh Patel**
**1978 Muirfield Way**
**Oldsmar, FL 34677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$179,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Sagar/Omkar**
**2015 2nd Ave. Unit 2609**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$113,326.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Star Oz Fund LLC**
**7226 Lee Defrost Dr, Ste 200**
**Columbia, MD 21046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$700,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NEW CREDITOR - TO BE ADDED BY AMENDMENT
Interest on Preferred Equity**

Is the claim subject to offset? ■ No  ☐ Yes

---

3/06/25 8:49AM

| Debtor | **DVKOCR Tigard, LLC** | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,771.98 |
|---|---|---|---|

**Sysco Portland Inc**
**PO BOX 2210**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,571.33 |
|---|---|---|---|

**Tualatin Valley Water District**
**1850 SW 170TH AVE**
**Beaverton, OR 97003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hilton Franchise Holding LLC**<br>**c/o Daniel M. Eliades, Esq**<br>**K&L Gates**<br>**One Newark Center, 10th Fl**<br>**Newark, NJ 07102** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,270,074.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,270,074.35 |

3/06/25 8:49AM

| Fill in this information to identify the case: |
| --- |
| Debtor name    **DVKOCR Tigard, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF OREGON |
| Case number (if known)    **25-30486-pcm11** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Equipment Contract for Direct TV services dated 2/9/21** | |
| | State the term remaining | **Expires 2/8/26** | |
| | List the contract number of any government contract | | **Ascentium Capital**<br>**23970 Highway 59**<br>**Kingwood, TX 77339** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance provider** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hallmark Financial Service**<br>**P.O. BOX 610091**<br>**Dallas, TX 75261-0091** |

Debtor 1 **DVKOCR Tigard, LLC**
First Name    Middle Name    Last Name

Case number *(if known)* **25-30486-pcm11**



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.3.** State what the contract or lease is for and the nature of the debtor's interest

**Addendum Effective Date 4/21/16; Monthly Program Fee: Four percent (4%) of the Hotel's Gross Rooms Revenue for the preceding calendar month. The Monthly Program Fee is subject to change by us. Any change may be established in the Standards, but the rate will not exceed the standard Monthly Program Fee as of the Effective Date plus one percent (1%) of the Hotel's Gross Rooms Revenue during the Term.
Monthly Royalty Fee: Six percent (6%) of the Hotel's Gross Rooms Revenue for the preceding calendar month**

State the term remaining **Expires 4/30/2038**

List the contract number of any government contract

**Hilton Franchise Holding LLC
4649 Paysphere CIR
Chicago, IL 60674**

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**Hotel Management Agreement; Fees: Base Fee of 3% of gross revenues; Incentive Fee of 5% of gross profit earned over the projected gross profit each year; Central Revenue Management Fee $2,500 per month (Tigard Hotel)); Centralized Accounting Fee  $1,500 per month (Tigard Hotel); May be terminated by either party.**

State the term remaining **10 years from 11/1/23**

List the contract number of any government contract

**Hotel Management Services LLC
dba Resolution Road Hospitality
918 W Idaho St, Ste 200
Boise, ID 83702**

3/06/25 8:49AM

Debtor 1   **DVKOCR Tigard, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **25-30486-pcm11**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for business center** | |
|---|---|---|---|
| | State the term remaining | | **HPE**<br>**200 Connell Dr. Ste 5000**<br>**Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Equipment Contract for 2 Charging stations - dated 6/6/21** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/5/23** | **Noodoe EV** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Financing - Dated 5/27/21** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/26/26** | **Pawnee Leasing**<br>**3801 Automation Way Ste 207**<br>**Fort Collins, CO 80525** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **DVKOCR Tigard, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF OREGON |
| Case number (if known)    **25-30486-pcm11** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | | Column 2: **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Alkesh & Bindiya Patel** | **511 NE 138th Ave Vancouver, WA 98684** | **L-O Tigard Finance, LLC** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Alkesh Patel** | **511 NE 138th Ave Vancouver, WA 98684** | **Carver & Assoc** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |
| 2.3 | **Devang Patel** | **481 Schindler Dr Yardly, PA 19067** | **L-O Tigard Finance, LLC** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Divyesh Desai** | **7221 Middleway Rd Vancouver, WA 98664** | **L-O Tigard Finance, LLC** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Divyesh Desai** | **7221 Middleway Rd Vancouver, WA 98664** | **Carver & Assoc** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |

Debtor    **DVKOCR Tigard, LLC** _____    Case number *(if known)*   **25-30486-pcm11** _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                           *Column 2:* **Creditor**

---

| 2.6 | **Hiren Patel** | **7622 SE 82nd Ave**<br>**Portland, OR 97266** | **L-O Tigard Finance, LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| --- | --- | --- | --- | --- |

---

| 2.7 | **Jigar & Avani Patel** | **2434 Eudora Way**<br>**Duluth, GA 30097** | **L-O Tigard Finance, LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| --- | --- | --- | --- | --- |

---

3/06/25 8:49AM

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>DVKOCR Tigard, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF OREGON</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-30486-pcm11</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __3/06/2025__

X __/s/ Alkesh R. Patel__
Signature of individual signing on behalf of debtor

__Alkesh R. Patel__
Printed name

__Manager of DVKOCR, LLC__
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name **DVKOCR Tigard, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF OREGON |
| Case number (if known) **25-30486-pcm11** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$424,302.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$4,929,058.71** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$4,628,605.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **DVKOCR Tigard, LLC**                                    Case number *(if known)* **25-30486-pcm11**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Pawnee Leasing** **3801 Automation Way Ste 207** **Fort Collins, CO 80525** | **12/16/24 - $5,023.29; 1/15/25 - $5023.29** | **$10,046.58** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Lease payment** |
| 3.2. **Evergreen Hospitality Development Group LLC** **12330 SE & 5th Street, 3rd Fl** **Vancouver, WA 98664** | **2/16/25 - $15,000; 2/16/25 - $3,000; 2/5/25 - $6500** | **$14,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Loan repayment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Washington County; City of Tigard v. DVKOCR Tigard LLC dba Tigard Hampton Inn - 41533** **24CV50885** | **Past Due Transient Lodging Tax Penalties and Interest; Permanent Injunction)** | **Washington Co. Circuit Court** **150 N. 1st Ave. MS 37** **Hillsboro, OR 97124** | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor | **DVKOCR Tigard, LLC** | Case number *(if known)* | **25-30486-pcm11** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td>Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td>Part 5:</td><td>Certain Losses</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td>Part 6:</td><td>Certain Payments or Transfers</td></tr>
</table>

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | *From Devang Patel and for benefit of DVKORC Tigard, LLC, Application received<br>a retainer of $60,000.00 and applied $13,430.00 to pre-petition fees and expenses, leaving a retainer of $46,570.00 | 2/16/25 | $60,000.00 |
| | **Sussman Shank LLP<br>1000 SW Broadway, Ste 1400<br>Portland, OR 97205** | | | |
| | Email or website address<br>**www.sussmanshank.com** | | | |
| | Who made the payment, if not debtor?<br>**Devang Patel \*** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | **DVKOCR Tigard, LLC** | Case number *(if known)* | **25-30486-pcm11** |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **DVKOCR Tigard, LLC**                                        Case number *(if known)*  **25-30486-pcm11**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **DVKOCR Tigard, LLC** | Case number *(if known)* **25-30486-pcm11** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **George Thana CPA**<br>**16742 SE Division St, STe 200**<br>**Portland, OR 97236** | **11/2016 - current** |
| 26a.2. | **Dev Shah**<br>**Evergreen Hospitality Development Group**<br>**12330 SE 5th St, 3rd Floor**<br>**Vancouver, WA 98683** | **8/2024 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Resolute Road**<br>**918 W Idaho St, Ste 200**<br>**Boise, ID 83702** | **11/2023 - current** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **George Thana CPA**<br>**16742 SE Division St, Ste 200**<br>**Portland, OR 97236** | **1/2016 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Resolute Road**<br>**918 W Idaho St, Ste 200**<br>**Boise, ID 83702** | **11/2023 - current** |
| 26c.2. | **Dev Shah**<br>**Evergreen Hospitality Development Group**<br>**12330 SE 5th St, 3rd Floor**<br>**Vancouver, WA 98683** | **8/2024 - current** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

3/06/25 8:49AM

Debtor    **DVKOCR Tigard, LLC**

Case number *(if known)* **25-30486-pcm11**

| Name and address |
|---|
| 26d.1. | **Ever Bright Solutions**<br>**1400 Old Country Rd, Ste 109**<br>**Westbury, NY 11590** |
| 26d.2. | **Matthew Hick, CPA**<br>**1  Ravinia Dr, 9th Fl**<br>**Atlanta, GA 30346** |
| 26d.3. | **Hospitality Link International, Inc.**<br>**2004 New Brunswick Drive**<br>**San Mateo, CA 94402** |
| 26d.4. | **Max Benjamin Partners**<br>**8447 Wilshire Blvd, Ste 100**<br>**Beverly Hills, CA 90211** |
| 26d.5. | **Ackman-Ziff Real Estate Group LLC**<br>**711 Third Ave, 11th Fl**<br>**New York, NY 10017** |
| 26d.6. | **Whitlock Capital Group, LLC**<br>**Lake Calhoun Executive Center**<br>**3033 Excelsior Blvd, Ste 10**<br>**Minneapolis, MN 55416** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DVKOCR LLC** | **11799 SW 69th St**<br>**Tigard, OR 97223** | **Owner** | **100%** |
| **ABDP LLC** | **c/o Alkesh Patel**<br>**511 NE 138th Ave**<br>**Vancouver, WA 98684** | **3.25% Voting Member of DVKOCR LLC** | |
| **AARYA Investment LLC** | **c/o Jigar Patel**<br>**2434 Eudora Way**<br>**Duluth, GA 30097** | **16.29% Voting Member of DVKOCR LLC** | |
| **Divyesh Desai** | **7221 SE Middle Way**<br>**Vancouver, WA 98664** | **5.85% Voting Member of DVKOCR LLC** | |
| **Hiren Patel** | **7622 SE 82nd Ave.**<br>**Portland, OR 97266** | **5.85% Voting Member of DVKOCR LLC** | |

3/06/25 8:49AM

Debtor    **DVKOCR Tigard, LLC**                                    Case number (if known) **25-30486-pcm11**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Devang Patel** | **481 Schindler Dr. Yardly, PA 19067** | **3.25% Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Neha Patel** | **2548 Hastings LN Gurnee, IL 60031** | **3.25% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **MA99 LLC** | **3609 Cape Ln Conyers, GA 30013** | **6.50% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Patel Family Trust** | | **11.66% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Juney Moss, LLC** | **1041 Shoreline Dr. Jefferson, GA 30549** | **3.25% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Shital Desai** | **13006 NE 62nd Ave Vancouver, WA 98686** | **5.85% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Star Oz Fund LLC** | **7226 Lee Defrost Dr, Ste 200 Columbia, MD 21046** | **35.00% Non-Voting Member of DVKOCR LLC** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Alkesh Patel** | **511 NE 138th Ave Vancouver, WA 04177** | **Manager** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Debtor | DVKOCR Tigard, LLC | Case number *(if known)* | **25-30486-pcm11** |

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

---

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **3/06/2025**

| /s/ Alkesh R. Patel | Alkesh R. Patel |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **Manager of DVKOCR, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes