UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
Amended

**NOTICE OF DEBTOR'S AMENDMENT OF MAILING LIST OR SCHEDULES D, E/F, G, OR H**

**Notice**

The debtor has filed the attached amended mailing list or schedules.

If you are being added as a creditor to the mailing list or schedules and the deadlines to file a proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 have passed, a discharge granted to the debtor may not discharge the debt owed to you.

If you are a creditor being deleted from the mailing list or schedules—

- You may not receive any further notices, and

- If this is a chapter 9 or 11 case, a proof of claim must be filed by the later of (a) 30 days from the service date of this notice or (b) the latest time fixed by the court.

You should contact your attorney with any questions.

**Filing Instructions for Debtor**

1. File this form to—

   - add or delete creditors from the mailing list or Schedules D, E/F, G, or H;

   - add addresses for creditors that were missing from the mailing list or Schedules D, E/F, G, or H filed with the petition; or

   - change the amount or classification of a debt listed on Schedules D or E/F.

   Payment of an amendment filing fee is required.

2. Adding or deleting creditors:

   - If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format required by Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes with "Add" or "Delete."

**728 (12/1/2023)**          Page 1 of 3

- If e-filing via ECF, enter the names and addresses of creditors being added or deleted, and use the appropriate ECF event to amend schedules or mailing lists. But, if more than two are being deleted, include a creditor mailing list with only the deleted creditors listed in the format required by LBF 104 rather than entering the deleted creditors' names in the event.

3. If amending Schedules D, E/F, G, or H, label amended schedules as "Supplemental," include only the new information, and file them with this notice.

4. Amending Schedules D or E/F:

   - Individual debtors must file the amended schedules with OF 106Sum.

   - Other debtors must file the amended schedules with OF 206Sum.

5. If the case is closed, file a separate motion to reopen with the applicable filing fee.

6. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

**Service Instructions for Debtor**

7. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

   A. The notice of meeting of creditors (also called notice of bankruptcy case) that includes all 9 digits of any social security number (SSN) or individual taxpayer identification number (ITIN).

   B. Each applicable amended schedule.

   C. If this is a chapter 7 case, any order fixing time for filing a proof of claim.

   D. If this is a chapter 9, 11, 12, or 13 case—

      - If the plan has not yet been confirmed, the notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

      - If the plan has been confirmed, the most recent confirmation order and the most recent confirmed plan.

   E. If this is a chapter 11, 12, or 13 case: any notice of modification of plan including attachments if the deadline for objection has not passed.

   F. If this is a chapter 9 or 11 case—

- The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders and

- The notice of any pending hearing on a disclosure statement, with attachments.

8. When deleting creditors, changing a creditor status (for example, undisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice and the applicable amended schedules.

**Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that all applicable requirements above have been completed and the attachments are true and correct or were individually verified by the debtor.

_____          _____

Date                    Signature

                        _____

                        Type or Print Signer's Name and Phone No.

                        _____

                        Debtor's Address & Taxpayer ID#s (last 4 digits)

3/06/25 11:22AM

| **Fill in this information to identify the case:** |
|---|

Debtor name    **DVKOCR Tigard, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30486-pcm11**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $    **39,000,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $    **305,817.13**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................    $    **39,305,817.13**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $    **24,191,268.55**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **6,270,074.35**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

    $    **30,461,342.90**

3/06/25 11:22AM

**Fill in this information to identify the case:**

Debtor name    **DVKOCR Tigard, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30486-pcm11**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

2.1    Priority creditor's name and mailing address
**Washington County Finance Dept**
**155 N 1st Ave, Ste 270 MS 25**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TLT Taxes - Precautionary - AMENDING TO MATRIX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

3.1    Nonpriority creditor's name and mailing address
**Cosgrave Vergeer Kester LLP**
**900 SW Fifth Ave, 24th Fl**
**Portland, OR 97204**

As of the petition filing date, the claim is: *Check all that apply.*     **$389,926.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR - ADDING BY AMENDMENT**
**Legal Services**

Is the claim subject to offset?  ■ No  ☐ Yes

3.2    Nonpriority creditor's name and mailing address
**Hill Architect**
**1750 Blankenship Rd, Ste 400**
**West Linn, OR 97068**

As of the petition filing date, the claim is: *Check all that apply.*     **$1,089,430.15**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR - ADDING BY AMENDMENT**
**Services**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **DVKOCR Tigard, LLC** | | Case number (if known) | **25-30486-pcm11** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,316.85 |
|---|---|---|---|

**Hilton Franchise Holding LLC**
**4649 Paysphere CIR**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Franchise Fees**
**ADDING NOTICING CREDITOR BY AMENDMENT**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**Star Oz Fund LLC**
**7226 Lee Deforest Dr, Ste 200**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NEW CREDITOR - ADDING BY AMENDMENT**
**Interest on Preferred Equity**

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hilton Franchise Holding LLC**<br>c/o Daniel M. Eliades, Esq<br>**K&L Gates**<br>**One Newark Center, 10th Fl**<br>**Newark, NJ 07102** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,221,673.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,221,673.00 |

**Fill in this information to identify the case:**

Debtor name    **DVKOCR Tigard, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30486-pcm11**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Management Agreement; Fees: Base Fee of 3% of gross revenues; Incentive Fee of 5% of gross profit earned over the projected gross profit each year; Central Revenue Management Fee $2,500 per month (Tigard Hotel)); Centralized Accounting Fee  $1,500 per month (Tigard Hotel); May be terminated by either party.** | |
| | State the term remaining | **10 years from 11/1/23** | **Hotel Management Services LLC dba Resolute Road Hospitality 918 W Idaho St, Ste 200 Boise, ID 83702** |
| | List the contract number of any government contract | **AMENDING TO MATRIX** | |

Hilton Franchise Holding LLC
c/o Daniel M. Eliades, Esq
K & L Gates
One Newark Center, 10th Fl
Newark, NJ 07102

Cosgrave Vergeer Kester LLP
900 SW Fifth Ave, 24th Fl
Portland, OR 97204

Hill Archictect
1750 Blankenship Rd, Ste 400
West Linn, OR 97068

Hilton Franchise Holding LLC
4649 Paysphere Cicle
Chicago, IL 60674

Hotel Management Services LLC
dba Resolute Road Hospitality
918 W Idaho St, Ste 200
Boise, ID 83702

Star Oz Fund LLC
7226 Lee Deforest Dr, Ste 200
Columbia, MD 21046

Washington County Finance Dept
155 N 1st Ave, Ste 270 MS 25
Hillsboro, OR 97124